UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSIE BADGER and EMILY GELLATLY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CROSSAMERICA PARTNERS LP d/b/a CROSSAMERICA; CROSSAMERICA GP, LLC; CST BRANDS, INC.; LGP REALTY HOLDINGS LP; and LEHIGH GAS WHOLESALE SERVICES, INC.,<br><br>Defendants. | Case No. 2:17-cv-01668-DSC |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Josie Badger and Emily Gellatly (collectively "Plaintiffs"), and Defendants CrossAmerica Partners LP, CrossAmerica GP, LLC, CST Brands, Inc., LGP Realty Holdings LP, and LeHigh Gas Wholesale Services, Inc. (collectively "Defendants"), by and through their counsel, hereby stipulate that:

1. This action shall be DISMISSED, without prejudice as between Plaintiffs and Defendants;

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated:  March 7, 2018                                Respectfully Submitted,

*/s/ Benjamin J. Sweet*                              */s/ Jennifer G. Betts*
Benjamin J. Sweet                                    Jennifer G. Betts
**CARLSON LYNCH SWEET**                              Cory E. Ridenour
**KILPELA & CARPENTER, LLP**                         **Ogletree, Deakins, Nash,**
1133 Penn Ave., 5th Floor                            **Smoak & Stewart, P.C.**
Pittsburgh, PA 15222                                 One PPG Place
T: (412) 253-6359                                    Suite 1900
F: (412) 231-0246                                    Pittsburgh, PA 15222
                                                     Phone: 412-246-0153
                                                     jenn.betts@ogletree.com
                                                     cory.ridenour@ogletreedeakins.com


**IT IS SO ORDERED, this 8th day of March, 2018.**

**s/ DAVID STEWART CERCONE**
**Senior United States District Judge**